r# 02704

FILED
U.S. BANKRUPTCY COURT
2011 JAN 14 PM 3:48
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: SPANO, FRANK | ) | CASE NO. 08-40426 |
| DEBTOR(S) | ) | HON. KAY WOODS |
| | ) | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 110 in the amount of $1.77.

The dividend relates to the following claimant:

Claimant:

Ecast Settlement Corp.
3936 E. Ft. Lowell Rd.
Tucson, AZ  85712

Amount:

$1.77

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH  44406
330-702-0780
330-702-0788(facsimile)